NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000660
28-FEB-2013
10:10 AM**

NO. CAAP-12-0000660

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I ex rel. BARRY BATES, Plaintiff,
on behalf of real property in interest, STATE OF HAWAI'I,
Plaintiffs-Appellant,
v.
AMERICAN LENDING ALLIANCE, INC., et al., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0160-01)

ORDER GRANTING THE FEBRUARY 19, 2013
MOTION FOR VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Motion for Voluntary

Dismissal of Appeal With Prejudice, filed on February 19, 2013,

by Plaintiff-Appellant State of Hawai'i, ex rel. Barry Bates, on

behalf of real party in interest State of Hawai'i, the papers in

support, the records and files herein, and there being no

opposition,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and the appeal is dismissed. The parties shall bear their own appellate costs.

DATED: Honolulu, Hawaiʻi, February 28, 2013.

Chief Judge

Associate Judge

Associate Judge